## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRIYA JOHN,<br><br>　　　　　Plaintiff,<br>v.<br><br>ARIENS COMPANY and HUSQVARNA CONSUMER OUTDOOR PRODUCTS,<br><br>　　　　　Defendants. | Case No.  3:19-cv-01378-VAB<br><br><br><br><br><br>MARCH 31, 2020 |

### JOINT MOTION TO AMEND SCHEDULING ORDER DEADLINES

Pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16(b), Plaintiff and Defendants hereby submit this joint motion respectfully requesting that the Court revise the current scheduling order to extend the deadlines for fact witness depositions and fact discovery by ninety (90) days and the deadlines for expert witness designations and depositions by sixty (60) days.  This motion is timely filed after new evidentiary information recently came to light requiring additional investigation and fact witness depositions, the scheduling of which was complicated as a result of the COVID-19 (coronavirus) outbreak and the Governor's Executive Order 7H.  The requested extensions will not delay the trial date or any other dates set forth in the scheduling order.  As grounds for this motion the parties state the following:

This is a product liability matter in which Plaintiff alleges that she was injured when a lawnmower she was using suffered a failure and ejected the lawnmower blade, resulting in lacerations to her leg.  Plaintiff alleges that Defendants designed, manufactured, assembled, distributed, and/or sold the lawnmower and brings claims for negligence, breach of warranty, and strict liability.

The parties have actively engaged in discovery. Plaintiff responded to written discovery in February 2020 and Plaintiff Priya John was deposed on March 10, 2020. Plaintiff's discovery responses included information regarding six potential fact witnesses. During her deposition, Plaintiff identified additional witnesses that were present at the scene of the accident or immediately afterward. The present deadline for fact witness depositions and fact discovery is April 3, 2020. The depositions of two witnesses, Amrita John and Mark Thomas, had been scheduled for April 3, 2020, the date of the discovery deadline, however both depositions have been postponed due to scheduling conflicts. Defendants respectfully request additional time to investigate newly-identified witnesses and schedule their depositions.

Deposition scheduling has been further complicated by the COVID-19 outbreak and the Governor's Executive Order 7H directing businesses to utilize work from home procedures to the maximum extent possible and ordering all non-essential businesses closed as of March 23 until April 22, unless that time period is extended. This has added additional logistical difficulties in coordinating and scheduling depositions.

Accordingly, the parties seek a modest extension of time to complete the depositions. This extension will allow the parties time to coordinate and schedule depositions and investigate and depose fact witnesses identified during Plaintiff's deposition.

This is the parties' first request for an extension of deadlines in this matter and is made in good faith and is not intended to unduly delay this litigation.

For the foregoing reasons, the parties hereby request that the following deadlines be set in this case:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact witness depositions | April 3, 2020 | **July 3, 2020** |
| Fact discovery | April 3, 2020 | **July 3, 2020** |
| Expert witness designation | June 5, 2020 (Plaintiff) <br> Sept. 11, 2020 (Defendants) | **Aug. 7, 2020** <br> **Nov. 13, 2020** |
| Expert witness depositions | August 7, 2020 (Plaintiff) <br> Nov. 13, 2020 (Defendants) | **Oct. 9, 2020** <br> **Same** |
| Post-discovery telephonic conference | Nov. 19, 2020 | **Same** |
| Dispositive motions | Jan. 8, 2021 | **Same** |
| Joint trial memorandum | Feb. 5, 2021 if no dispositive motion is filed, or 30 days after the Court rules on any dispositive motion | **Same** |
| Trial ready date | Mar. 5, 2021 if no dispositive motion is filed, or 30 days after the filing of the joint trial memorandum. | **Same** |

Dated: March 31, 2020

Plaintiff,
PRIYA JOHN,

By her Attorney,

*/s/ Andrew P. Garza*
Andrew P. Garza, Esq. (Fed. Bar # ct29260)
andrew@cttrialfirm.com
Connecticut Trial Firm, LLC
437 Naubuc Avenue, Suite 107
Glastonbury, CT 06033
(860) 471-8333

Defendants,
ARIENS COMPANY;
HUSQVARNA CONSUMER OUTDOOR
PRODUCTS N.A., INC.,

By their Attorneys,

*/s/ Holly M. Polglase*
Holly M. Polglase, Esq. (Fed. Bar #ct09285)
hpolglase@hermesnetburn.com
Hermes, Netburn, O'Connor &
  Spearing, P.C.
265 Franklin Street, 7th Floor
Boston, MA 02110
(617) 728-0050

## **CERTIFICATE OF SERVICE**

    I, Holly M. Polglase, hereby certify that on this 30th day of March, 2020 a true and correct copy of the foregoing document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing:

                                */s/ Holly M. Polglase*
                                Holly M. Polglase, Esq.